IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                       No. 4:10-cr-152-DPM

RICHARD HAMILTON                                         DEFENDANT

FINAL ORDER OF FORFEITURE

On 17 March 2011, this Court entered a Preliminary Order of Forfeiture ordering Hamilton to forfeit his interest in one Compaq Presario desktop computer, bearing serial number CNH7030D1K, and one Sony 2gb thumb-drive. The Order provided that it would become final as to Hamilton at sentencing and would become a final order of forfeiture if no third party filed a timely claim to the property. *Document No. 25, at 2-3.* The Court has sentenced Hamilton; and no one has filed a claim to the Compaq Presario desktop computer or to the Sony 2gb thumb-drive. The preliminary order of forfeiture has therefore ripened into this final order of forfeiture. Motion, *Document No. 42*, granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_14 Sept. 2011_